IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RETRO ENVIRONMENTAL, LLC | * | |
| Plaintiff | * | |
| v. | * | Case No. JKB-25-0858 |
| RETRO AIM, LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

This matter came on today for a hearing on the Plaintiff's Amended Motion for a Preliminary Injunction (ECF No. 55). All parties and counsel appeared as directed and some evidence was presented. During the course of the hearing, it became apparent to the Court and counsel that the process would benefit from an effort at settlement under the supervision of a United States Magistrate Judge. Accordingly, the preliminary injunction hearing was suspended.

Upon the foregoing, it is ORDERED:

1. The Preliminary Injunction Hearing is SUSPENDED.

2. By agreement of the parties, and with the approval of the Court, the Temporary Restraining Order previously entered (ECF No. 7) is EXTENDED with a new expiration date of October 9, 2025.

3. By separate order, this matter has been referred to The Honorable J. Mark Coulson, U.S. Magistrate Judge, to conduct a mediation and settlement conference. The conference is set in for Monday, October 6, 2025, at 10:00 a.m. in Courtroom 5A at 101 W. Lombard St., Baltimore, Maryland. By no later than 10:00 a.m. on Friday, October 3, 2025, the parties shall each submit to Magistrate Judge Coulson an ex parte

mediation statement not to exceed five pages in length. In light of proffers and discussions during the preliminary injunction hearing today, the Court has every expectation that the parties and their counsel will meet and negotiate in good faith under Judge Coulson's supervision, and that they will achieve a lawful, fair, and just resolution of this dispute. In light of the legal expense already incurred by the parties, the Court is gratified that they seem ready to meet and make the necessary compromises to resolve the dispute.

4. On or before October 8, 2025, the parties SHALL FILE A JOINT STATUS REPORT advising the Court as to whether a settlement agreement has been reached.

Dated this __2__ day of October, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge